UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-cv-20405-KMW

LESLIE KYLE,

    Plaintiff,
vs.

ROYAL CARIBBEAN CRUISES LTD.,
A LIBERIAN CORPORATION,

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Leslie Denise Kyle, by and through undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendant, Royal Caribbean Cruises Ltd.

Dated: April 25, 2019

    Respectfully submitted,

    */s/ Sara Schafer*
    **Sara Schafer, Esquire**
    Florida Bar No. 84455
    Email: sara@victimaid.com
    **Jason Turchin, Esquire**
    Florida Bar No. 585300
    Email: jason@victimaid.com
    LAW OFFICES OF JASON TURCHIN
    2883 Executive Park Drive, Suite 103
    Weston, Florida 33331
    Telephone:  (954) 515-5000
    Facsimile:   (954) 659-1380
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Sara Schafer
**Sara Schafer, Esquire**
Florida Bar No. 84455
Email: sara@victimaid.com
**Jason Turchin, Esquire**
Florida Bar No. 585300
Email: jason@victimaid.com
LAW OFFICES OF JASON TURCHIN
2883 Executive Park Drive, Suite 103
Weston, Florida 33331
Telephone:  (954) 515-5000
Facsimile:   (954) 659-1380
Attorneys for Plaintiff

**SERVICE LIST**

Keith Oliver
Adjuster - Risk Management Department
Royal Caribbean International/Celebrity Cruises
Royal Caribbean Cruises Ltd.
1080 Caribbean Way
Miami, FL 33132
Tel:  (305) 982-4996
Fax: (305) 539-6561
Email: koliver@rccl.com
Service via U.S. Mail